UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of March, two thousand seventeen.

Before:    Christopher F. Droney,
       *Circuit Judge.*

_____

Paul J. Murphy, Regional Director of the Third Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,

   Petitioner - Appellee,

v.

Cayuga Medical Center, of Ithaca,

   Respondent - Appellant.

_____

**ORDER**

Docket No. 17-837

  Appellant moves for a stay of the district court's March 22, 2017 temporary injunction pending appeal. Appellee opposes the motion.

  IT IS HEREBY ORDERED that the motion is DENIED.

            For the Court:

            Catherine O'Hagan Wolfe,
            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit